IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLTON HARRISON, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:23-cv-604-RAH-KFP |
| LEADS MOGUL, LLC, ) ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Plaintiff's *Notice of Voluntary Dismissal* (Doc. 22), it is **ORDERED** under Fed. R. Civ. P. 41(a)(1)(A)(i) that this action is voluntarily **DISMISSED without prejudice**. All pending deadlines are **TERMINATED**. The Clerk of the Court is **DIRECTED** to close this case.

**DONE** on this the 6th day of March, 2024.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE